UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON ABADI,

                Plaintiff,

-against-

CITIBANK, N.A.,

                Defendant.

24-CV-9075 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action asserting claims arising from Defendant's alleged mishandling on March 12, 2024, of his $1 million wire transfer. The Court dismisses the complaint for the following reasons.

Plaintiff has previously submitted to this court a substantially similar complaint against Defendant Citibank, N.A., arising from the same facts. That case is presently pending under docket number 24-CV-8885. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit, which appears to have been filed in error. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 24-CV-8885.

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of *Abadi v. Citibank, N.A.*, No. 24-CV-8885.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:   December 2, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge